## United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Stephen Dewayne Ables**                                      Case No.  **1:18-bk-12258**
                                Debtor(s)                              Chapter  **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amend Schedule E/F to add the following creditors with conversion:**

**Fingerhut**
**Attn: Bankruptcy**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**Fingerhut**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**Knight & Hooper, PLLC**
**PO Box 11583**
**Chattanooga, TN 37401-2583**

**North Georgia Electric**
**3368 Battlefield Pkwy**
**Fort Oglethorpe, GA 30742**

**Online Collections**
**Attn: Bankruptcy**
**Po Box 1489**
**Winterville, NC 28590**

**Online Collections**
**Pob 1489**
**Winterville, NC 28590**

**Security Finance**
**Attn: Bankruptcy**
**Po Box 1893**
**Spartanburg, SC 29304**

**Security Finance**
**C/o Security Finance**
**Spartanburg, SC 29304**

**Tennessee Valley Federal Credit Union**
**Attn Bankrutpcy--PO Box 23967**
**Chattanooga, TN, TN 37422**

**Verizon Wireless**
**Attn: Verizon Bankruptcy**
**500 Technology Dr, Ste 500**
**Weldon Springs, MO 63304**

**Verizon Wireless**
**National Recovery Operations**
**Minneapolis, MN 55426**

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: UST and Chapter 7 Trustee

| | |
|---|---|
| Date: **February 29, 2020** | /s/ W. Thomas Bible, Jr. |
| | W. Thomas Bible, Jr. 014754 |
| | Attorney for Debtor(s) |
| | **Tom Bible Law** |
| | **6918 Shallowford Road, Suite 100** |
| | **Chattanooga, TN 37421** |
| | **(423)424-3116 Fax:(423)499-6311** |
| | tom@tombiblelaw.com or melinda@tombiblelaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2020, a copy of Notice of Bankruptcy and Notice of Conversion was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Knight & Hooper, PLLC
PO Box 11583
Chattanooga, TN 37401-2583

North Georgia Electric
3368 Battlefield Pkwy
Fort Oglethorpe, GA 30742

Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590

Online Collections
Pob 1489
Winterville, NC 28590

Security Finance
Attn: Bankruptcy
Po Box 1893
Spartanburg, SC 29304

Security Finance
C/o Security Finance
Spartanburg, SC 29304

Tennessee Valley Federal Credit Union
Attn Bankrutpcy--PO Box 23967
Chattanooga, TN, TN 37422

Verizon Wireless
Attn: Verizon Bankruptcy
500 Technology Dr, Ste 500
Weldon Springs, MO 63304

Verizon Wireless
National Recovery Operations
Minneapolis, MN 55426

                          W.Thomas Bible, Jr.
                          W. Thomas Bible, Jr. 014754

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Dewayne** | **Ables** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number 1:18-bk-12258
(if known)

☒ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Georgia Department of Revenue** | Last 4 digits of account number | $4,200.00 | $4,200.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Taxpayer Services Divsion** | When was the debt incurred? | | | |
| | **P.O. Box 740321** | | | | |
| | **Atlanta, GA 30374** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☒ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ☒ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☒ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Food Stamps Overpayment** | | | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Debtor 1  **Stephen Dewayne Ables**                                         Case number (if known)   **1:18-bk-12258**

| 4.1 | **Advance Financial** | Last 4 digits of account number | $1,000.00 |

Nonpriority Creditor's Name
**3401 Rossville Blvd.**
**Chattanooga, TN 37402**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.2 | **Approved Finance** | Last 4 digits of account number **7081** | $1,214.00 |

Nonpriority Creditor's Name
**1045 Battlefield Pkwy**
**Ft Oglethorpe, GA 30742**
Number Street City State Zip Code

When was the debt incurred?  **Opened 04/17**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Note Loan**

---

| 4.3 | **Buyherepayhe** | Last 4 digits of account number **6434** | $15,051.00 |

Nonpriority Creditor's Name
**201 Keith Street**
**Cleveland, TN 37311**
Number Street City State Zip Code

When was the debt incurred?  **Opened 2/16/18  Last Active 02/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Automobile - Voluntarily Surrendered**

| Debtor 1 | **Stephen Dewayne Ables** | Case number (if known) | **1:18-bk-12258** |
|---|---|---|---|

| 4.4 | **Buyherepayhe** | Last 4 digits of account number | **6434** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**201 Keith Street**
**Cleveland, TN 37311**

**When was the debt incurred?**   **Opened 2/16/18**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

| 4.5 | **CashNet USA** | Last 4 digits of account number | | $800.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**200 West Jackson, Suite 1400**
**Chicago, IL 60606**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

| 4.6 | **Covington Credit/smc** | Last 4 digits of account number | **5594** | $874.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4011 Brainerd Rd Ste 133**
**Chattanooga, TN 37411**

**When was the debt incurred?**   **Opened 11/17   Last Active 11/17/17**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Note Loan**

Debtor 1  **Stephen Dewayne Ables**                                                                 Case number (if known)   **1:18-bk-12258**

| 4.7 | **Credit Collections Services**<br>Nonpriority Creditor's Name<br>**Attention: Bankruptcy**<br>**725 Canton Street**<br>**Norwood, MA 02062**<br>Number Street City State Zip Code | Last 4 digits of account number **3643**<br><br>When was the debt incurred? **Opened 10/31/16**<br><br>As of the date you file, the claim is: Check all that apply | **$386.00** |
|---|---|---|---|
|  | **Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify  **Progressive** | |

| 4.8 | **Credit Management, LP**<br>Nonpriority Creditor's Name<br>**Attn: Bankruptcy**<br>**Po Box 118288**<br>**Carrollton, TX 75011**<br>Number Street City State Zip Code | Last 4 digits of account number **9762**<br><br>When was the debt incurred? **Opened  1/13/17**<br><br>As of the date you file, the claim is: Check all that apply | **$253.00** |
|---|---|---|---|
|  | **Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify  **Comcast Cable** | |

| 4.9 | **Credit One Bank**<br>Nonpriority Creditor's Name<br>**Attn: Bankruptcy**<br>**Po Box 98873**<br>**Las Vegas, NV 89193**<br>Number Street City State Zip Code | Last 4 digits of account number **6176**<br><br>When was the debt incurred? **Opened 08/16  Last Active 9/21/17**<br><br>As of the date you file, the claim is: Check all that apply | **$719.00** |
|---|---|---|---|
|  | **Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify  **Credit Card** | |

Debtor 1  **Stephen Dewayne Ables**    Case number (if known)  **1:18-bk-12258**

---

### 4.10 Fingerhut

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **0049**    **$183.00**

When was the debt incurred?  **Opened 08/19  Last Active 8/29/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Installment Sales Contract**

---

### 4.11 IC System, Inc

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 64378**
**Saint Paul, MN 55164**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **7630**    **$3,679.00**

When was the debt incurred?  **Opened 09/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Att Mobility**

---

### 4.12 Online Collections

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1489**
**Winterville, NC 28590**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **9137**    **$148.00**

When was the debt incurred?  **Opened 11/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **North Georgia Electric**

---

| Debtor 1 | **Stephen Dewayne Ables** | Case number (if known) | **1:18-bk-12258** |
|---|---|---|---|

| 4.13 | **Receivables Performance Mgmt** | Last 4 digits of account number | **3745** | $263.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 1548
Lynnwood, WA 98036**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/28/17**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Windstream**

---

| 4.14 | **Security Finance** | Last 4 digits of account number | **0220** | $1,320.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304**
Number Street City State Zip Code

When was the debt incurred?   **Opened 6/09/17 Last Active 10/13/17**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Note Loan**

---

| 4.15 | **Security Finance** | Last 4 digits of account number | **0220** | $1,330.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 1893
Spartanburg, SC 29304**
Number Street City State Zip Code

When was the debt incurred?   **Opened 6/09/17 Last Active 10/13/17**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Secured**

| Debtor 1 | **Stephen Dewayne Ables** | Case number (if known) | **1:18-bk-12258** |
|---|---|---|---|

| 4.16 | **Speedy Cash**<br>Nonpriority Creditor's Name<br>**5900 Brainerd Road**<br>**Chattanooga, TN 37411**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify _____ | **$700.00** |
|---|---|---|

| 4.17 | **SpringWater Capital**<br>Nonpriority Creditor's Name<br>**222 South Main, Suite 500**<br>**Salt Lake City, UT 84101**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify _____ | **$300.00** |

| 4.18 | **Tennessee Valley Federal Credit Union**<br>Nonpriority Creditor's Name<br>**Attn Bankrutpcy--PO Box 23967**<br>**Chattanooga, TN, TN 37422**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number **8972**<br>**When was the debt incurred?** **11/25/2019**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify **Verified *Judgment** | **$998.00** |

Debtor 1  **Stephen Dewayne Ables**   Case number (if known)  **1:18-bk-12258**

| 4.19 | **Verizon Wireless** | Last 4 digits of account number | **0001** | **$97.00** |

Nonpriority Creditor's Name
**Attn: Verizon Bankruptcy**
**500 Technology Dr, Ste 500**
**Weldon Springs, MO 63304**
Number Street City State Zip Code

When was the debt incurred?  **Opened 08/17  Last Active 2/28/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**AT&T**
**675 W. Peachtree Street NE, Suite 27-310**
**Atlanta, GA 30308-1989**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Comcast**
**2030 West Polymer Drive**
**Chattanooga, TN 37421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Credit One Bank**
**Po Box 98872**
**Las Vegas, NV 89193**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Fingerhut**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**IC System, Inc**
**Po Box 64378**
**Saint Paul, MN 55164**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Knight & Hooper, PLLC**
**PO Box 11583**
**Chattanooga, TN 37401-2583**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**North Georgia Electric**
**3368 Battlefield Pkwy**
**Fort Oglethorpe, GA 30742**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Debtor 1 | Stephen Dewayne Ables | Case number (if known) | 1:18-bk-12258 |
|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Online Collections**<br>**Pob 1489**<br>**Winterville, NC 28590** | Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Progressive Auto Insurance**<br>**6300 Wilson Mills Road**<br>**Mayfield Village, OH 44143** | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Security Finance**<br>**C/o Security Finance**<br>**Spartanburg, SC 29304** | Line **4.14** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Security Finance**<br>**C/o Security Finance**<br>**Spartanburg, SC 29304** | Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Verizon Wireless**<br>**National Recovery Operations**<br>**Minneapolis, MN 55426** | Line **4.19** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Windstream**<br>**4001 N Rodney Parham Road**<br>**Little Rock, AR 72212** | Line **4.13** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 4,200.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 4,200.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 29,315.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 29,315.00 |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Stephen Dewayne Ables**                                          Case No.  **1:18-bk-12258**
                              Debtor(s)                                   Chapter   **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing , consisting of __13__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 29, 2020**            Signature  **/s/ Stephen Dewayne Ables**
                                                  **Stephen Dewayne Ables**
                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.